IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEAN CARLO ESPEJO-DAVILLA, | * |
| Petitioner, | * |
| v. | Case No. 7:19-CV-21(HL) |
| | * |
| Warden, IRWIN COUNTY DETENTION CENTER, et al., | * |
| Respondents. | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 7, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of May, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk